IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

    VS.                     :     NO. 2:00-CR-113
                                    JUDGE MARBLEY

JOSE J. LOPEZ
    aka Roberto

### O R D E R

This matter came on the Government's Motion to Dismiss the indictment as it pertains to defendant Jose J. Lopez, aka "Roberto." The Court finds the Motion well-taken and **GRANTS** the same. The Court hereby **DISMISSES** without prejudice the Indictment filed against Defendant, Jose J. Lopez.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

       VS.                     :      NO. 2:00-CR-113
                                  JUDGE MARBLEY

HUMBERTO OCCOMPO CERVANTES
    aka Eric

### O R D E R

This matter came on the Government's Motion to Dismiss the indictment as it pertains to defendant Humberto Occompo Cervantes, aka "Eric." The Court finds the Motion well-taken and **GRANTS** the same. The Court hereby **DISMISSES** without prejudice the Indictment filed against Defendant, Humberto Occompo Cervantes.

    **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE